Nos. 22-5148, 22-5149

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

BLACK ROCK CITY LLC and BURNING MAN PROJECT,
*Plaintiffs/Appellees*,

v.

DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, et al.,
*Defendants/Appellants*.

Appeal from the United States District Court
for the District of Columbia
No. 1:19-cv-03729-DLF (Hon. Dabney L. Friedrich)

**FEDERAL APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL**

TODD KIM
*Assistant Attorney General*
MATTHEW LITTLETON
*Deputy Assistant Attorney General*
JAMES A. MAYSONETT
*Attorneys*
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0216
james.a.maysonett@usdoj.gov

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Federal Defendants-Appellants Deb Haaland, as Secretary of the Department of the Interior, et al., respectfully move this Court for voluntary dismissal of Appeal No. 22-5148, with all parties to bear their own costs on appeal.

Counsel for the United States has conferred with counsel for the other parties. They do not oppose the voluntary dismissal sought by this motion.

    Respectfully submitted,

    TODD KIM
    *Assistant Attorney General*
    MATTHEW LITTLETON
    *Deputy Assistant Attorney General*

    */s/ James A. Maysonett*
    _____
    JAMES A. MAYSONETT
    *Attorneys*
    Environment & Natural Resources Division
    U.S. Department of Justice
    Post Office Box 7415
    Washington, D.C. 20044
    (202) 305-0216
    james.a.maysonett@usdoj.gov

December 1, 2022
90-1-4-16000

## CERTIFICATE OF COMPLIANCE

1.　　This brief complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 70 words.

2.　　This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-point Calisto MT font.

　　　　　　　　　　　　　　　　　*/s/ James A. Maysonett*
　　　　　　　　　　　　　　　　　JAMES A. MAYSONETT

　　　　　　　　　　　　　　　　　Counsel for Federal Appellant